UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>AL JAZEERA MEDIA NETWORK (AJMN),<br>AL JAZEERA AMERICA (AJAM), and<br>INFINITY CONSULTING SOLUTIONS (ICS),<br><br>        Defendants. | Case No. 1:16-CV-06416 (CM)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Jodi Frankel, of DLA Piper LLP (US), hereby appears in the above-captioned action as counsel for Defendant Al Jazeera America, LLC, certifies that she is admitted to practice in this Court, and requests that all papers in this action be served on the undersigned at the address below.

Dated: September 23, 2016
       New York, NY

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Jodi Frankel*
    Jodi M. Frankel
    jodi.frankel@dlapiper.com

1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendant*
*Al Jazeera America, LLC*