UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>AL JAZEERA MEDIA NETWORK (AJMN),<br>AL JAZEERA AMERICA (AJAM), and<br>INFINITY CONSULTING SOLUTIONS (ICS),<br><br>                    Defendants. | Case No. 1:16-CV-06416 (CM)<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* -<br>**JOSEPH DOMENICK GUARINO** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph Domenick Guarino, hereby move this Court for an Order for admission *Pro Hac Vice* to appear as counsel for Defendant Al Jazeera America, LLC ("Defendant") in the above-captioned action.

I am in good standing of the bar of the State of New Jersey (Bar No. 016491996) and there are no pending disciplinary proceedings against me in any state or federal court.

Attached hereto as Exhibit A is a copy of a Certificate of Good Standing from the Supreme Court of New Jersey, which is dated September 16, 2016.

Also attached hereto as Exhibit B is a proposed Order for my *Pro Hac Vice* admission to appear on Defendant's behalf in this action.

Dated: September 30, 2016                        Respectfully Submitted,

                                                 **DLA Piper LLP (US)**

                                                 *s/ Joseph Domenick Guarino*
                                                 JOSEPH DOMENICK GUARINO
                                                 51 John F. Kennedy Parkway, Suite 120
                                                 Short Hills, New Jersey 07078
                                                 Tel: (973) 520-2569
                                                 Fax: (973) 520-2551
                                                 joseph.guarino@dlapiper.com

*s/ Daniel Turinsky*
DANIEL TURINSKY
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
daniel.turinsky@dlapiper.com

*Attorneys for Defendant*
Al Jazeera America, LLC
