UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>AL JAZEERA MEDIA NETWORK (AJMN),<br>AL JAZEERA AMERICA (AJAM), and<br>INFINITY CONSULTING SOLUTIONS (ICS),<br><br>                Defendants. | Case No. 1:16-CV-06416 (CM)<br><br>**DEFENDANT AL JAZEERA AMERICA, LLC'S NOTICE OF MOTION FOR AN ORDER PURSUANT TO FED. R. CIV. P. 10(A) REQUIRING PLAINTIFF TO IDENTIFY HER ACTUAL NAME IN THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Daniel Turinsky, dated October 6, 2016, including the exhibit attached thereto, the Memorandum of Law, and upon all prior pleadings, proceedings, and filings in the above-captioned action, Defendant Al Jazeera America, LLC will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 24A, New York, New York, before the Honorable Colleen McMahon, Chief U.S. District Judge, on a date and time designated by the Court, for an Order pursuant to Fed. R. Civ. P. 10(a) requiring Plaintiff to identify her actual name in the caption to her Complaint and for such other and further relief as the Court deems just and proper.

Date:  October 6, 2016
         New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Daniel Turinsky*
    Daniel Turinsky
    Jodi M. Frankel
    1251 Avenue of the Americas
    New York, New York 10020
    T: (212) 335-4500
    daniel.turinsky@dlapiper.com
    jodi.frankel@dlapiper.com

>Joseph D. Guarino (*pro hac vice*)
>51 John F. Kennedy Parkway, Suite 120
>Short Hills, NJ 07078
>T: (973) 520-2550
>joseph.guarino@dlapiper.com
>
>*Attorneys for Defendant*
>*Al Jazeera America, LLC*