

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Jodi M. Frankel
jodi.frankel@dlapiper.com
**T**  212.335.4960
**F**  917.778.8860

November 17, 2016

*VIA ECF*

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10067

**Re:   Doe v. Al Jazeera Media Network, et al., No. 16-CV-06416 (CM)
         Joint Letter for Adjournment of Initial Pre-Trial Conference**

Dear Judge McMahon:

We represent Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera America LLC in the above-referenced matter.  On behalf of all parties, we submit this joint letter for adjournment of the initial pre-trial conference scheduled for December 9, 2016.

By Order dated October 6, 2016, and upon request of all parties, the Court adjourned the initial conference in the above-referenced matter in light of Defendant AJMN's anticipated motion to dismiss the Complaint for, among other reasons, lack of personal jurisdiction.  The initial conference was rescheduled for December 9, 2016.

On October 6, 2016, Defendant AJMN filed its motion to dismiss.  Thereafter, following a telephonic conference on and by Order dated October 11, 2016, the Court afforded Plaintiff 90 days to take discovery into the limited issue of whether personal jurisdiction exists as to Defendant AJMN.  The 90-day discovery period ends on January 9, 2017.

Given the status of jurisdictional discovery, the parties jointly request that the Court adjourn the initial conference currently scheduled for December 9, 2016, until after the 90-day discovery period ends on January 9, 2017.  As referenced above, one previous joint request for adjournment of the initial conference was made by the parties and was granted by the Court.

The parties thank the Court for its time and attention to this matter.



Hon. Colleen McMahon
November 17, 2016
Page Two

Respectfully submitted,

| **DLA Piper LLP (US)** | **Gordon & Rees LLP** | **The Aboushi Law Firm, PLLC** |
|---|---|---|
| /s/ Jodi M. Frankel | /s/ Michael Hanan | /s/ Tahanie Aboushi |
| Jodi M. Frankel | Michael Hanan | Tahanie Aboushi |
| *Attorneys for Defendants Al Jazeera America LLC Al Jazeera Media Network* | *Attorneys for Defendant Infinity Consulting Solutions* | *Attorneys for Plaintiff* |

cc: All counsel of record via ECF