UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASSEMA YOUSEF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AL JAZEERA MEDIA NETWORK (AJMN),<br>AL JAZEERA AMERICA (AJAM), and<br>INFINITY CONSULTING SOLUTIONS (ICS),<br><br>　　　　　　Defendants. | Case No. 1:16-CV-06416 (CM)<br><br>**DEFENDANT AL JAZEERA MEDIA NETWORK'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

PLEASE TAKE NOTICE that, upon the Declaration of Mike Sokary, dated April 30, 2017, including the exhibits attached thereto, and the accompanying Memorandum of Law, and upon all prior pleadings, proceedings, and filings in the above-captioned action, Defendant Al Jazeera Media Network ("AJMN") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 24A, New York, New York, before the Honorable Colleen McMahon, Chief U.S. District Judge, on a date and time designated by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(2) dismissing the Complaint in its entirety with prejudice against AJMN for lack of personal jurisdiction and for such further relief as the Court deems just and proper.

Date:　May 8, 2017
　　　　New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Daniel Turinsky*
　　Daniel Turinsky
　　1251 Avenue of the Americas
　　New York, New York 10020
　　T: (212) 335-4500
　　daniel.turinsky@dlapiper.com

　　*Attorneys for Defendant*
　　*Al Jazeera Media Network*