

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Daniel Turinsky
daniel.turinsky@dlapiper.com
T  212.335.4566
F  917.778.8631

June 26, 2017

*VIA ECF*

Hon. Colleen McMahon
Chief U.S. District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10067

   Re: **Yousef v. Al Jazeera Media Network, et al., No. 16-CV-06416 (CM)**
      **Consented-To Request for Extension of Time to File Reply Papers**

Dear Judge McMahon:

We represent Defendant Al Jazeera Media Network ("AJMN") in the above-referenced matter.

On May 8, 2017, AJMN filed a motion to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). In accordance with this Court's Order dated May 10, 2017 [Dkt. No. 66], Plaintiff filed her opposition on June 16, 2017, and AJMN's reply is due on June 30, 2017.

Unbeknownst to undersigned counsel when the briefing schedule was set, AJMN's in-house counsel, who is based in Qatar, is unavailable this week due to the religious holiday of Eid. For this reason, we respectfully request a one-week extension of time to file our reply, which would afford us an opportunity to confer with our client regarding these papers. Plaintiff's counsel has consented to this request.

With this extension, AJMN's reply will be due on July 7, 2017. No prior requests to extend this date have been requested, and this adjournment will not affect any other scheduled dates.

We thank the Court for its time and attention to this matter.



Hon. Colleen McMahon
June 26, 2017
Page Two


Respectfully submitted,

**DLA Piper LLP (US)**

Daniel Turinsky


cc: All counsel of record via ECF